IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SHAILESH RAMESHBHAI PATEL,                    *

                     Plaintiff,                    *

v.                                                               Case No.   5:21-cv-00034-TES

                               *

PETE GAYNOR, as Secretary of the
Department of Homeland Security, et al.,      *

                Defendants.                    *

_____

# **J U D G M E N T**

     Pursuant to this Court's Order dated August 6, 2021, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

     This 6th day of August, 2021.

                                    David W. Bunt, Clerk


                                    s/ Vanessa Siaca, Deputy Clerk